JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOLENE TANNER
Assistant United States Attorney
Chief, Tax Section
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SW MEDIA HOLDINGS, INC., f/k/a SNAPWIRE MEDIA, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 2:24-cv-7124 SVW(JPRx)<br><br>Declaration of Andrew T. Pribe |

Andrew T. Pribe declares:

1. I am an Assistant United States Attorney for the Central District of California and, in that capacity, I am the attorney of record for the United States in this case.

1

2. On February 19, 2025, and February 20, 2025, I and Weston O'Black, counsel for Plaintiff, discussed this case and its possible resolution.

3. As I understand the issues in this case, it is fundamentally a substantiation case in which Plaintiff must establish a certain amount of decline in gross receipts during the relevant time periods to establish its right to the employee-retention credit.

4. O'Black agreed to provide documents to the United States supporting Plaintiff's claim to the employee-retention credit.

5. Once received, the United States will review the documents to determine if its agrees that the documents support Plaintiff's claim.

6. Any settlement or concession of the case by the United States will require approval of the appropriate authority within the Department of Justice.

7. Continuing the initial status conference will, in my view, facilitate the possible resolution of this case and potentially save the resources of the parties and the Court.

8. The parties have not previously requested a continuance of the initial status conference.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2025                **/s/ Andrew T. Pribe**
                                       ANDREW T. PRIBE